UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Monica R. Miguel-Dozier,<br><br>             Plaintiff,<br><br>    vs.<br><br>ManTech International Corporation and Hartford Life and Accident Insurance Company,<br><br>             Defendants. | No. 13-cv-2104-TUC-FRZ<br><br>**ORDER** |

This matter comes before this Court on the parties' stipulation to dismiss with prejudice. As there is good cause,

IT IS ORDERED dismissing this lawsuit with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 22nd day of April, 2014.

*Frank R. Zapata*
Frank R. Zapata
Senior United States District Judge

1

4342137.1